IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:22CR351-1 |
| | : | |
| KENTREAL DESHAWN QUICK | : | |

## FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and states that the factual basis for a guilty plea is as follows:

On November 21, 2019, Kentreal Deshawn Quick ("QUICK") was sentenced in the United States District Court for the Middle District of North Carolina to a term of 41 months of imprisonment for his conviction as a felon in possession of a firearm in case number 1:19CR431-1. The Court permitted QUICK to self-report to the Bureau of Prisons by March 23, 2020. As described below, QUICK, during this period of release, continued to engage in criminal activity by selling fentanyl and heroin.

I. The December 17 Controlled Buy

On December 17, 2019, a confidential informant met with officers from the Bureau of Alcohol, Tobacco, Firearms, and Explosives (the "ATF"), as well as the Sanford Police Department ("SPD"). The purpose of the meeting was to

arrange a controlled buy of heroin from QUICK. The officers searched the confidential informant and then gave him $500 in agency funds to purchase narcotics from QUICK. They also equipped his car with audio- and video-recording devices. They then followed the confidential informant to a location predetermined with QUICK. There, they saw the confidential information enter a grey Honda Accord where QUICK was seated in the front passenger's seat, and he was in the car for less than 20 seconds.

After the meeting in the Honda Accord, the confidential informant confirmed that QUICK was sitting in the passenger seat of the Honda Accord and an unidentified man was sitting in the driver's seat. The confidential informant paid QUICK $500 for a substance that appeared to be heroin. The confidential informant was searched and handed over the narcotics that he purchased from QUICK.

A Drug Enforcement Administration ("DEA") lab report indicates QUICK sold the confidential informant 3.434 grams of fentanyl.

## II. The December 19 Controlled Buy

On December 19, 2019, the same confidential informant agreed to purchase heroin from QUICK. The confidential informant met with officers from the ATF and SPD and followed the same procedures as on December 17, 2019. ATF gave him $800 in agency funds with which to purchase the heroin. ATF and SPD then followed the confidential informant to a location predetermined with QUICK and saw QUICK enter the confidential informant's car.

Inside the car, audio and video recordings show QUICK selling the confidential informant a substance that appeared to be heroin. The confidential informant paid $450 for the heroin.

After the exchange, the confidential informant returned to the predetermined meeting location with the officers and handed over both the narcotics he purchased from QUICK, as well as the remaining $350 in agency funds.

A DEA lab report indicates the substance QUICK sold the confidential informant was 3.59 grams of heroin.

## III. The January 8 Controlled Buy

On January 8, 2020, the same confidential informant agreed to purchase heroin from QUICK. The confidential informant met with officers from the ATF and SPD and followed the same procedures as outlined above. ATF gave

3

him $1,000 in agency funds with which to purchase the heroin. ATF and SPD then followed the confidential informant to a location predetermined with QUICK and saw QUICK enter the confidential informant's car.

Inside the car, audio and video recordings show QUICK selling the confidential informant a substance that appeared to be heroin. The confidential informant was supposed to pay QUICK $450 for the heroin, but he accidentally only paid QUICK $430.

After the exchange, the confidential informant returned to the predetermined meeting location with the officers and handed over both the narcotics he purchased from QUICK, as well as the remaining $570 in agency funds.

A DEA lab report indicates the substance QUICK sold the confidential informant was 3.522 grams of fentanyl.

This the 13th day of January, 2023.

SANDRA J. HAIRSTON
United States Attorney

/s/ REBECCA A. MAYER
Assistant United States Attorney
TX Bar #24092376
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Charles L. White, II, Esq.

/s/ REBECCA A. MAYER
Assistant United States Attorney
TX Bar #24092376
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351